PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Ismael Alvarez</u>     Case Number: <u>A-09-CR-309(02)-SS</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, U.S. District Judge</u>

Date of Original Sentence: <u>December 18, 2009</u>

Original Offense: <u>Count 1-Conspiracy to Commit Hostage Taking, in violation of 18 U.S.C. § 1203(a); and Count 2-Conspiracy to Harbor Aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), (v)(I), (a)(1)(B)(i) and (a)(1)(B)(iii)</u>

Original Sentence: <u>Ninety-six months imprisonment on each count to run concurrently; five year term of supervised release on Count 1 and a three year term of supervised release on Count 2 to run concurrently with Count 1; $200.00 special assessment; $1,338.30 restitution; mental health and substance abuse counseling; alcohol abstinence; participation in the workforce development program</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>August 11, 2016</u>

Assistant U.S. Attorney: <u>Christopher L. Peele</u>     Defense Attorney: <u>Victor Arturo Arana</u>

### PREVIOUS COURT ACTION

On August 29, 2016, a Probation Form 12B, Request for Modifying the Conditions or Term of Supervision with Consent of the Offender, was submitted to the Court to include a payment schedule for restitution. The Court approved the recommendation.

### NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition #2:** "The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."

**Nature of Non-compliance:** On May 24, 2021, Alvarez submitted a urine specimen, yielding positive results for marijuana. On June 1, 2021, Alvarez signed an admission form; admitting he used marijuana on or about May 13, 2021.

**Violation of Special Condition:** "The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision. "

**Nature of Non-compliance:** On May 28, 2021, Alvarez verbally admitted he consumed alcohol on his birthday. On June 1, 2021, Alvarez signed an admission form; admitting he consumed alcohol on or about May 23, 2021.

**U.S. Probation Officer Action:** Alvarez admittedly used marijuana to cope with mental health and situational stressors. The probation officer disapproved of his behavior, reviewed his conditions of supervision, and referred him for mental health services in the community. Alvarez secured services and is taking prescribed medications. The probation officer will continue to monitor Alvarez's treatment needs and make the appropriate referrals until his termination on August 10, 2021.

If Your Honor finds it suitable, it is recommended that no action be taken at this time. In addition, should Alvarez incur any further violations, the Court will be immediately notified.

| Approved: | Respectfully submitted, |
|---|---|
| Arthur R. Galvan | Natalie Balderas |
| Supervising U. S. Probation Officer | United States Probation Officer |
| Date: June 22, 2021 | Date: June 22, 2021 |

**THE COURT ORDERS:**

[X] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Susan Hightower
United States Magistrate Judge

Date: June 22, 2021